```
                                    UNITED STATES DISTRICT COURT
                                    MIDDLE DISTRICT OF FLORIDA
                                    ORLANDO DIVISION

                                    CASE NO.: 6:24-cv-1213
Series 21-12-1644, etc., et al.,

      Plaintiffs,
v.

Novartis Pharmaceuticals
Corporation, et al.,

      Defendants.
_____/
```

**Mediator's Report**

Mediator, John S. Freud, serves this Mediator's Report, and states:

1. A mediation session was held on 10/8/2025.

2. The above matter adjourned.

3. All matters in mediation shall remain privileged and confidential, pursuant to the subject Mediation Confidentiality Agreement(if applicable) and/or Court Order(s), and applicable rule(s)/law.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 8th day of October, 2025, upon counsel of record in the electronic filing system.

```
                        MEDIATION SOLUTIONS, INC.
                        P.O. Box 1986
                        Miami, FL 33233
                        Telephone: (305) 371-9120
                        Cell: (305) 725-0827
                        Jfreud@msolinc.net

                    By: /s/ John S. Freud
                        JOHN S. FREUD - Mediator
                        FL BAR NO. 328308
```

10700-468/jsf