UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SERIES 21-12-1644, A DESIGNATED SERIES OF MSP RECOVERY CLAIMS, SERIES LLC; *et al.*,

    Plaintiffs,

v.

NOVARTIS PHARMACEUTICALS CORPORATION; *et al.*,

    Defendants.

Case No.
6:24-cv-1213-PGB-RMN

## ORDER

    This cause is before the Court on a Motion to Preclude Plaintiffs' Evidence of Damages (Dkt. 155) filed by Defendant Novartis Pharmaceuticals Corporation. The Plaintiffs filed a response in opposition (Dkt. 166), and the Court heard argument on the motion on October 30, 2025 (Dkt. 181).

    For the reasons stated on the record at the hearing, the Motion is denied. The Court declines to award costs to Plaintiffs under

Federal Rule of Civil Procedure 37(a)(5) because, at the time the motion was filed, it was substantially justified.

**SO ORDERED** in Orlando, Florida, on October 30, 2025.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Counsel of Record