# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **SERIES 21-12-1644**, a designated series of **MSP RECOVERY CLAIMS, SERIES LLC**, et al.,<br><br>**Plaintiffs**<br><br>v.<br><br>**NOVARTIS PHARMACEUTICALS CORPORATION**, et al.,<br><br>**Defendants** | Case No: 6:24-cv-1213-PGB-RMN |

## JOINT MOTION TO DISMISS WITH PREJUDICE
## AS TO DEFENDANT THE ASSISTANCE FUND, INC., ONLY

On October 29, 2025, Plaintiffs[1] and Defendant The Assistance Fund, Inc. ("TAF") entered into an agreement that resolves all of Plaintiffs' claims against TAF in this case. In accordance with the parties' agreement, and pursuant to Federal Rules of Civil Procedure 21 and 41(a)(1)(A)(i), Plaintiffs

---

[1] The Plaintiffs are Series 21-12-1644, a designated series MSP Recovery Claims, Series LLC; Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC; Series 17-04-631, a designated series of MSP Recovery Claims, Series LLC; Series 23-05-1945, a designated series of MSP Recovery Claims, Series LLC; Series 16-08-483, a designated series of MSP Recovery Claims, Series LLC; Series 15-09-157, a designated series of MSP Recovery Claims, Series LLC; Series 15-09-355, a designated series of MSP Recovery Claims, Series LLC; and Series 16-11-509, a designated series of MSP Recovery Claims, Series LLC (collectively, "Plaintiffs").

70081011 v1

and TAF respectfully move to dismiss with prejudice all claims set forth in the above-captioned case against TAF, including any claims which could have been or might have been brought against TAF in the above-captioned case, and with each party to bear its own attorneys' fees and costs.

Under Rule 21, "a court may at any time, on just terms, add or drop a party." There is no prejudice to any nonmoving party to the dismissal of Defendant TAF in this case.

For the foregoing reasons, the Court should grant this Motion to Dismiss with Prejudice as to Defendant TAF, only. The parties have attached a proposed Order as **Exhibit A**.

| | |
|---|---|
| Date: November 5, 2025 | Respectfully submitted: |
| By: */s/ Janpaul Portal* <br> Janpaul Portal <br> Aida M. Landa <br> **MSP RECOVERY LAW FIRM** <br> 3150 S.W. 38th Avenue <br> 3150 S.W. 38th Avenue <br> 11th Floor <br> Miami, Florida 33146 <br> jportal@msprecoverylawfirm.com <br> alanda@msprecoverylawfirm.com <br><br> *Attorneys for Plaintiffs* | By: */s/ Laura B. Angelini* <br> Laura B. Angelini <br> Kelley A. Jordan-Price <br> Tara A. Singh <br> **HINCKLEY ALLEN** <br> 28 State Street <br> Boston, Massachusetts 02109 <br> langelini@hinckleyallen.com <br> kprice@hinckleyallen.com <br> tsingh@hinckleyallen.com <br><br> *Attorneys for The Assistance Fund, Inc.* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

By: */s/ Janpaul Portal*
Janpaul Portal
(Fla. Bar No. 0567264)
