UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SERIES 21-12-1644, a designated series of MSP RECOVERY CLAIMS, SERIES LLC, et al.,<br><br>**Plaintiffs**<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, et al.,<br><br>**Defendants** | Case No: 6:24-cv-1213-PGB-RMN |

## ORDER

This cause is before the Court on the parties' Joint Motion to Dismiss With Prejudice as to Defendant The Assistance Fund, Inc., filed on November 5, 2025. (Doc. 187). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant The Assistance Fund, Inc. are **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

The Clerk of Court is **DIRECTED** to terminate Defendant The Assistance Fund, Inc. as a party.

**DONE AND ORDERED** in Orlando, Florida on November __, 2025.

_____
Paul G. Byron
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties