# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SERIES 21-12-1644, A DESIGNATED SERIES OF MSP RECOVERY CLAIMS, SERIES LLC, SERIES 17-03-615, A DESIGNATED SERIES OF MSP RECOVERY CLAIMS, SERIES LLC, SERIES 17-04-631, A DESIGNATED SERIES OF MSP RECOVERY CLAIMS, SERIES LLC, SERIES 23-05-1945, A DESIGNATED SERIES OF MSP RECOVERY CLAIMS, SERIES LLC, SERIES 16-08-483, A DESIGNATED SERIES OF MSP RECOVERY CLAIMS, SERIES LLC, SERIES 15-09-157, A DESIGNATED SERIES OF MSP RECOVERY CLAIMS, SERIES LLC, SERIES 15-09-355, A DESIGNATED SERIES OF MSP RECOVERY CLAIMS, SERIES LLC and SERIES 16-11-509, A DESIGNATED SERIES OF MSP RECOVERY CLAIMS, SERIES LLC,**

**Plaintiffs,**

**v.**                                    **Case No: 6:24-cv-1213-PGB-RMN**

**NOVARTIS PHARMACEUTICALS CORPORATION, EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC., CURASCRIPT, INC., PRIORITY HEALTHCARE**

**DISTRIBUTION, INC.,
ACCREDO HEALTH GROUP,
THE ASSISTANCE FUND, INC.,
2 NATIONAL ORGANIZATION
FOR RARE DISORDERS, INC.
and CHRONIC DISEASE FUND,
INC.,**

**Defendants.**

_____/

## ORDER

This cause is before the Court on the Plaintiffs and Defendant the Assistance Fund, Inc.'s Joint Motion to Dismiss With Prejudice as to Defendant The Assistance Fund, Inc., Only. (Doc. 187 (the "**Motion**")). Therein, the parties request dismissal of Plaintiff's claims against Defendant The Assistance Fund, Inc., with prejudice. (*Id.*). Considering the Motion cites to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and was signed before any party filed either an answer or motion for summary judgment, the Court construes the Motion as an attempted notice of voluntary dismissal. (Doc. 187). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). As such, the Motion is **GRANTED**. Plaintiff's claims against Defendant The Assistance Fund, Inc., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Defendant The Assistance Fund, Inc., as a party.

**DONE AND ORDERED** in Orlando, Florida on November 11, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties